IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUSAN D. LILLY, :
:
Plaintiff, :
:
v. : Civil Action No. 10-30-LPS-MPT
:
MICHAEL J. ASTRUE, :
:
Defendant. :

**ORDER**

At Wilmington this 1ST day of March, 2012.

WHEREAS, Magistrate Judge Thynge issued a Report and Recommendation (D.I. 28) dated January 30, 2012;

WHEREAS, the Report and Recommendation recommends that (1) Defendant's motion for summary judgment (D.I. 23) be DENIED; (2) Plaintiff's motion for summary judgment (D.I. 17) be GRANTED in part; (3) the matter be remanded for further analysis; and (4) Plaintiff's request for an award of benefits (D.I. 18) be DENIED.

WHEREAS, any Objections to the Report and Recommendation (D.I. 28) were to be filed by February 16, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Thynge;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 28) is **ADOPTED**; and Defendant's motion for summary judgment (D.I.

23) is **DENIED**; (2) Plaintiff's motion for summary judgment (D.I. 17) is **GRANTED in part**; (3) the matter is remanded for further analysis; and (4) Plaintiff's request for an award of benefits (D.I. 18) is **DENIED**.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE